No. 89–540. DAVOLI, ASSISTANT SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. *v.* FRAZIER. C. A. 5th Cir. Certiorari denied.

No. 89–543. SLAYTON *v.* BECHTEL POWER CORP. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89–546. MORRIS *v.* WACKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–547. OHIO *v.* BOOHER. Ct. App. Ohio, Defiance County. Certiorari denied.

No. 89–548. BILECKI ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–550. CANTRELL ET VIR *v.* BUCHANAN. Ct. App. Tenn. Certiorari denied.

No. 89–555. MUSSLEWHITE *v.* STATE BAR OF TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 89–559. ATKINS *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 89–570. MORRIS *v.* MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 89–576. FREY, DIRECTOR, METROPOLITAN CORRECTIONS DEPARTMENT, ET AL. *v.* MASTERS. C. A. 6th Cir. Certiorari denied.

No. 89–577. WALDO R., INC., ET AL. *v.* PIPEFITTERS HEALTH AND WELFARE TRUST ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–583. WILSON ET AL. *v.* ARMSTRONG WORLD INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–585. MCDONALD ET AL. *v.* GOTTLIEB ET AL. Ct. App. Wash. Certiorari denied.

No. 89–586. MALINAK *v.* MATELICH. Sup. Ct. Nev. Certiorari denied.